IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brooker, Robert Glenn | Case Number: 04 B 29631 |
| | Judge: Wedoff, Eugene R |
| Printed: 3/25/08 | Filed: 8/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 29, 2008
Confirmed: September 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 20,382.22 | |
| Secured: | | 7,056.18 |
| Unsecured: | | 7,532.66 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 951.16 |
| Other Funds: | | 2,142.22 |
| Totals: | 20,382.22 | 20,382.22 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 8,400.12 | 7,056.18 |
| 3. | General Motors Acceptance Corp | Unsecured | 489.29 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 675.16 | 2,471.92 |
| 5. | Resurgent Capital Services | Unsecured | 1,034.66 | 3,788.19 |
| 6. | Capital One | Unsecured | 347.58 | 1,272.55 |
| 7. | Resurgent Capital Services | Unsecured | 1,034.66 | 0.00 |
| 8. | Skyridge Club | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,681.47 | $ 17,288.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 217.25 |
| 4% | 48.00 |
| 3% | 43.19 |
| 5.5% | 237.60 |
| 5% | 60.18 |
| 4.8% | 149.57 |
| 5.4% | 195.37 |
| | _____ |
| | $ 951.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Brooker, Robert Glenn | Case Number:  04 B 29631 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/25/08 | Filed:  8/10/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

